ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Xerox Corporation | ) ASBCA No. 64015 |
| | ) |
| Under Contract No. GS-03F-137DA | ) |
|   Delivery Order No. W912JM-20-F-0046 | ) |

APPEARANCE FOR THE APPELLANT:    Donald J. Walsh, Esq.
    RKW, LLC
    Owings Mills, MD

APPEARANCES FOR THE GOVERNMENT:  Dana J. Chase, Esq.
    Army Chief Trial Attorney
    MAJ Joseph C. Van Dusen, JA
    LTC Nolan T. Koon, JA
    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 26, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64015, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated: February 26, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals